IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES PRUITT                                                        PLAINTIFF

v.                                      CIVIL ACTION NO.1:13CV96-GHD-DAS

BENJAMIN BLOSSOM, et al.                               DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated June 24, 2013, was on that date duly served on the Plaintiff; that the Plaintiff has acknowledged receipt of the Report and Recommendation; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection thereto has been filed by the Plaintiff. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 24, 2013, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That this Court lacks subject matter jurisdiction over this action. The complaint is therefore dismissed without prejudice.

SO ORDERED, this, the 17th day of July, 2013.

_____
SENIOR JUDGE